UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                              |
   COREY DION POOLE and        |        Chapter 7 Proceeding
   ANGELA MOSS POOLE,           |
      Debtor.                              |        Case no. 07-40605-KKS
=========================================================

### ORDER DENYING WITHOUT PREJUDICE
### MOTION TO REOPEN CHAPTER 7 CASE
### (Doc. 228)

THIS MATTER is before the Court on HSBC Bank USA's Motion to Reopen Chapter 7 Case (Doc. 228). Because Movant has not demonstrated proper service in that Motion was not served in accordance with Fed. R. Bankr. P. 7004(h), it is:

ORDERED: that the Motion to Reopen Chapter 7 Case (Doc. 228) is DENIED without prejudice; Movant may file a new or amended Motion within 10 days that reflects proper service in accordance with the Rules.

DONE AND ORDERED on  October 28, 2015  .

_____
KAREN K. SPECIE
U.S. BANKRUPTCY JUDGE

**Prepared by:**
Allen P. Turnage, Esq.
Debtors' Counsel

**Service Statement:**
Allen Turnage is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of entry of the Order.