# United States Bankruptcy Court
### Northern District of Florida

In re **COREY DION POOLE and ANGELA MOSS POOLE,**     Case No. **07-40605-KKS**
Debtor(s)     Chapter **7**

## CERTIFICATE OF SERVICE/MAILING

I HEREBY CERTIFY that on **29 October 2015**, a copy of the Court's Order Denying HSBC Bank USA's Motion to Reopen Case (Doc. 235) was served electronically or by regular United States Mail, by properly addressed first class mail, postage prepaid, upon the interested parties listed on the mailing matrix (attached).

DATED: 29 October 2015.

/s/ Allen P. Turnage
Allen P. Turnage
Counsel for Debtor(s)
Law Office of Allen Turnage, P.A.
PO Box 15219
Tallahassee FL  32317
(850) 224-3231 – Voice
(850) 224-2535 – Facsimile
Florida Bar No. 993085
service@turnagelaw.com

OF COUNSEL:
SIROTE & PERMUTT, P.C.
1115 East Gonzalez Street
Pensacola, FL 32503
Telephone: (850) 462-1500
Facsimile: (850) 462-1599
Toll Free: (800) 826-1699

**MAILING LIST**
Case No. 6:12-bk-01175-CCJ

*Debtor*
**Mark Eugene Thomas**
4146 Conway Place Circle
Orlando, FL 32812

**Janice Marie Thomas**
4146 Conway Place Circle
Orlando, FL 32812

*Trustee*
**Lori Patton, Trustee**
P.O. Box 520547
Longwood, FL 32752

*U.S. Trustee*
**United States Trustee - ORL7/13**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801